1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN P. ROONEY
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000

**FILED**

JUN 1 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-mj-00139 GSA |
| Plaintiff, ) | |
| v. ) | ORDER |
| STEVEN FOSTER, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, that the Indictment against STEVEN FOSTER, be unsealed as there is no reason for the indictment to be sealed any longer.

DATED: 6/11/10

_____
GARY S. AUSTIN
United States Magistrate Judge

2